# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| Judy Michelle Foster, | § | |
| | § | CASE NO. 12-74591-MGD |
| Debtor. | § | |

| | | |
|---|---|---|
| Judy Michelle Foster, | § | |
| | § | |
| Movant, | § | |
| v. | § | CONTESTED MATTER |
| | § | |
| Homeward Residential, Inc. on behalf of | § | |
| U.S. Bank National Association, as | § | |
| Trustee for TBW Mortgage-Backed Trust | § | |
| Series 2006-5, Mortgage Pass-Through | § | |
| Certificates, Series 2006-5, | § | |
| | § | |
| Respondent. | § | |

## RESPONSE TO OBJECTION TO CLAIM NO. 2-1 FILED BY HOMEWARD RESIDENTIAL, INC., ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR TBW MORTGAGE-BACKED TRUST SERIES 2006-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-5

COMES NOW, Homeward Residential, Inc., on behalf of U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5 ("U.S. Bank"), and responds to the Debtor's Objection to claim as follows:

The proof of claim filed by Homeward Residential, Inc. is a true and accurate reflection of the sums owed by the Debtors to U.S. Bank.

Accordingly, Homeward Residential, Inc. on behalf of U.S. Bank National Association, as Trustee for TBW Mortgage-Backed Trust Series 2006-5, Mortgage Pass-Through Certificates, Series 2006-5  respectfully moves this Court to deny the objection.

This the 21 day of December, 2012.

       ____/s/_____
Richard B. Maner, GA Bar No. 486588
Attorney for Respondent
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of Movant's **RESPONSE TO OBJECTION TO CLAIM NO. 2-1** electronically.  Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Judy Michelle Foster
226 Penny Lane
McDonough, GA  30253

Latrice L. Latin
The Latin Law Group, LLC
1425 Market Boulevard, Suite 330-237
Roswell, GA 30076

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA  30303


This the 21-Dec-12.


___/s/_____
Richard B. Maner, GBN 486588
Attorney for Respondent
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
404-252-6385 Phone; 404-252-6394 Fax
rmaner@rbmlegal.com