**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**


IN THE MATTER OF
**Judy Michelle Foster**

     Debtor(s),

CASE NUMBER.: **12–74591–mgd**
CHAPTER:  **13**
JUDGE:  **Mary Grace Diehl**


NOTICE OF FILING PROOF OF TRANSFER OF CLAIM

TO:Homeward Residential Inc. PROPOSED TRANSFEROR and

US Bank National Association c/o Ocwen Loan Servicing, LLC PROPOSED TRANSFEREE

 Pursuant to the Federal Rules of Bankruptcy Procedure, you are hereby notified of the filing of proof of transfer of the claim in the above–named case.


 Objections to this transfer, if any must be filed with the


Clerk, U. S. Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303


within 21 days from the date of this notice and a copy served upon the opposing party. If no objections are filed the transferee will be substituted as the claimant in this case.

 Dated this April 22, 2013


M. Regina Thomas

Clerk of Court
U.S. Bankruptcy Court
Form 428